JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOTOFIXITPRO, INC., | Case No. CV 22-8955 PA (PDx) |
| Petitioner, | JUDGMENT |
| v. | |
| COSTCO WHOLESALE CORPORATION, | |
| Respondent. | |

In accordance with the Court's March 16, 2023, Minute Order denying Petitioner PhotoFixitPro, Inc.'s ("PFP") Motion to Vacate Arbitration Award and granting Respondent Costco Wholesale Corporation's ("Costco") Motion to Confirm Arbitration Award,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that PFP's Petition to Vacate Arbitrator's Award is dismissed with prejudice;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Arbitration Award is confirmed; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Costco shall have its costs of suit.

DATED:  March 16, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE