Amanda J. Beane, Bar No. 310185
ABeane@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Taylor R. Russell, Bar No. 334602
TRussell@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Cori Gordon Moore, Bar No. 28649
cgmoore@costco.com
COSTCO WHOLESALE CORPORATION
999 Lake Drive
Issaquah, WA 98027
Telephone: +1.425.313.8100
*Pro Hac Vice*

Attorneys for Defendant and Cross-Petitioner, COSTCO WHOLESALE CORPORATION

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN (LOS ANGELES) DIVISION
## LOS ANGELES COUNTY

| | |
|---|---|
| PHOTOFIXITPRO, INC., <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, <br><br> Defendant. | Case No. 2:22-CV-08955 <br><br> **DECLARATION OF CORI GORDON MOORE IN SUPPORT OF DEFENDANT COSTCO WHOLESALE CORPORATION'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

-1-

I, Cori Gordon Moore, declare and state as follows:

1. I am an attorney serving as general corporate counsel for Defendant, Costco Wholesale Corporation ("Costco") in this case, and I make this declaration based on my personal knowledge and on the files and records in this case and those publicly available. Except as where stated, I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein.

**LITIGATION OF THIS MATTER**

2. Attached as **Exhibit 8** is a copy of my LinkedIn Profile, which summarizes my professional training and experience. I received my law degree from Seattle University School of Law in 1998 and was admitted to the Bar of the State of Washington the same year. I have been honored as a "Washington Super Lawyer" by *Washington Law & Politics* and by my peers for inclusion in *The Best Lawyers in America*. I was formerly a partner at Perkins Coie, LLP in its Seattle office before I separated my employment and became corporate counsel for Costco Wholesale Corporation, Inc. My hourly rate for this matter was $778.00.

3. Costco is a national corporation and a sophisticated consumer of legal services.

4. I represented Costco in the arbitration with PhotoFixItPro, Inc. when I was a partner at Perkins Coie, LLP and have substantial knowledge about the disputes and the parties' arguments at arbitration. While I am admitted to the Bar of the State of Washington, I am not admitted to the Bar of the State of California. I asked counsel in California, Ms. Russell, to sponsor my pro hac vice application to allow me to appear in this Court.

5. Because of PhotoFixItPro's unusual procedural choice to initially file a Petition to Vacate the Arbitration Award (styled as a complaint) in lieu of a motion

-2-

2:22-CV-08955
DECLARATION OF CORI GORDON MOORE IN SUPPORT OF
DEFENDANT COSTCO WHOLESALE CORPORATION'S MOTION FOR
ATTORNEYS' FEES AND COSTS

161963088.1

to vacate, this matter was scheduled for discovery and trial-related deadlines and hearings that were inapplicable to a suit involving the sole issue of whether to confirm or vacate an arbitration award. Costco had to file a responsive pleading, an affirmative Motion to Confirm, and an application for an order vacating and deferring typical discovery-related deadlines and hearings. Although this created additional legal work, Costco's procedural choices were necessary. Moreover, I corresponded with PhotoFixItPro's counsel extensively to adhere to Local Rule 7-3.

6. The parties attempted but were unable to reach an agreement to settle Costco's attorneys' fees and costs as a final resolution of this matter. Attached as **Exhibit 9** is a true and correct copy of the email chains between me, Costco's counsel, and PhotoFixItPro, Inc.'s counsel regarding the meet and confer process. The emails speak for themselves.

Executed this 1st day of May, 2023 at Seattle, Washington. I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

By: *[signature]*
Cori Gordon Moore